IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

_____

| | |
|---|---|
| PANHANDLE EASTERN PIPE LINE COMPANY, LP,<br><br>Plaintiff,<br><br>v.<br><br>PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION, *et al.*,<br><br>Defendants. | Civil Action No. 2:25-cv-23-Z |

## **ORDER**

After considering Defendants' Motion to Dismiss as Moot, and the response, the Court GRANTS the motion and DISMISSES this action without prejudice.

**SO ORDERED.**

_____, 2025.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE