IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| PANHANDLE EASTERN PIPE LINE COMPANY, LP, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| *v*. | § | Civil Action No. 2:25-cv-00023 |
| | § | |
| PIPELINE AND HAZARDOUS MATERIALS | § | |
| SAFETY ADMINISTRATION; HOWARD | § | |
| MCMILLAN, in his official capacity as Executive | § | |
| Director of PHMSA; and LAWRENCE T. WHITE, | § | |
| in his official capacity as a Presiding Official, | § | |
| | § | |
| *Defendants*. | § | |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE MATTHEW J. KACSMARYK, UNITED STATES DISTRICT JUDGE:

Under FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiff Panhandle Eastern Pipe Line Company, LP respectfully gives notice that the above-captioned action is voluntarily dismissed, without prejudice. This notice of dismissal is proper because it is being filed with the Court before service by the Defendants of either an answer or a motion for summary judgment. *See* FED. R. CIV. P. 41(a)(1)(A)(i); *see also In re Amerijet Int'l, Inc.*, 785 F.3d 967, 974 (5th Cir. 2015) (plaintiff may voluntarily dismiss its claims without prejudice even where defendant has already filed a motion to dismiss with prejudice).

Dated: May 13, 2025                                    Respectfully submitted,

                                                       */s/ George M. Kryder*

Vince Murchison                                        George M. Kryder
  Texas Bar No. 14682500                                 Texas Bar No. 11742900
Vince.Murchison@pipelinelegal.com                        gkryder@velaw.com
Haley O'Neill                                          VINSON & ELKINS LLP
  Texas Bar No. 24095105                               2001 Ross Avenue
  haley.oneill@pipelinelegal.com                       Dallas, Texas 75201
MURCHISON O'NEILL, PLLC                                Telephone: (214) 220-7719
325 North Saint Paul Street                            Facsimile: (214) 999-7719
Suite 2700
Dallas, Texas 75201                                    William S. Scherman (*Admitted pro hac vice*)
Telephone: (214) 716-1923                                D.C. Bar No. 384860
Facsimile: (844) 930-0089                                wscherman@velaw.com
                                                       Jason J. Fleischer (*Admitted pro hac vice*)
                                                         D.C. Bar No. 978810
                                                         jfleischer@velaw.com
                                                       VINSON & ELKINS LLP
                                                       2200 Pennsylvania Avenue NW
                                                       Suite 500 West
                                                       Washington, D.C. 20037
                                                       Telephone: (202) 639-6550
                                                       Facsimile: (202) 639-6604


### CERTIFICATE OF SERVICE

I certify that on May 13, 2025, a true and correct copy of the foregoing instrument was served on all counsel of record using the Court's electronic filing system.


                                                       */s/ George M. Kryder*

                                                       George M. Kryder