IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| PANHANDLE EASTERN PIPE LINE COMPANY, LP, <br><br> Plaintiff, <br><br> v. <br><br> PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION, *et al.*, <br><br> Defendants. | 2:25-cv-023-Z |

## NOTICE

Before the Court is Plaintiff's Notice of Voluntary Dismissal without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) (ECF No. 19), filed May 13, 2025. A Rule 41(a)(1)(A)(i) notice is effective if filed "before the opposing party serves either an answer or a motion for summary judgment." FED. R. CIV. P. 41(a)(1)(A)(i). Defendant has not served an answer or a motion for summary judgment. A voluntary dismissal of an action is "self-effectuating . . . no order or other action of the district court is required." *In re Amerijet Intern., Inc.*, 785 F.3d 967, 973 (5th Cir. 2015). This Court has therefore "los[t] jurisdiction." *Id.* Accordingly, the Clerk of the Court is **DIRECTED** to close the case. All other pending motions are **MOOT**.

The Court issues notice accordingly.

May 15, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE